53 A.3d 1229

IN THE MATTER OF NEIL L. GROSS, AN ATTORNEY
AT LAW (ATTORNEY NO. 05081993).

October 23, 2012.

## ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20–3(g)(4), seeking the immediate temporary suspension of **NEIL L. GROSS** of **FLANDERS,** who was admitted to the bar of this State in 1994;

And **NEIL L. GROSS** having been ordered to show cause why he should not be temporarily suspended from practice or why the Court should not take such other action as it deems appropriate;

And good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–3(g)(4), **NEIL L. GROSS** is temporarily suspended from the practice of law, effective immediately, pending his compliance with *Rule* 1:20–3(g)(3), and until the further Order of this Court; and it is further

ORDERED that **NEIL L. GROSS** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **NEIL L. GROSS** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this state.